PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:** 1:00CR05247-05 AWI |
| ) | |
| **ARMANDO GARZA** ) | |
| ) | |

On March 3, 2003, the aforementioned was sentenced to 151 months Bureau of Prisons, and 60 months supervised release. The offender has complied with the rules and regulations of supervision. On October 17, 2012, Assistant United States Attorney, Kimberly Sanchez, submitted written documentation to the United States Probation Office, advising that there is no objection to an early termination of supervision in this case. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Adrian Garcia

**ADRIAN GARCIA
United States Probation Officer**

Dated:     October 17, 2012
               Fresno, California
               AG/rv


**REVIEWED BY:**    /s/ Robert Ramirez
                         **ROBERT RAMIREZ
                         Supervising United States Probation Officer**

Re:   **GARZA, Armando**
      **Docket Number: 1:00CR05247-05 AWI**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the offender, **Armando Garza**, be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 10/25/2012 | /s/ Anthony W. Ishii |
| **Date** | **Anthony W. Ishii** |
| | **Chief United States District Judge** |

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office